

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re:  The Estate of Linda J. Velvin, Deceased

No. 06-13-00030-CV

Original Mandamus & Prohibition Proceedings

Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought.  Therefore, we deny the petition.

RENDERED APRIL 19, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk